**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation, | CASE NO. |
| Plaintiff, | |
| v. | |
| DIAMOND GIRL BEAUTY, INC., a Florida corporation, DIAMOND GIRL BEAUTY MIAMI, INC., a Florida corporation and DOES 1 through 10 inclusive, | |
| Defendants. | |

**COMPLAINT**

**JURISDICTION**

1.      This action arises under and this Court has original jurisdiction pursuant to 15 U.S.C. § 1121 (Original Jurisdiction – Trademarks), 28 U.S.C. § 1331 (Federal Question), 28 U.S.C. § 1338(a) (Original Jurisdiction – Patents and Trademarks), 28 U.S.C. § 1338 (b) (Original Jurisdiction - Unfair Competition) and 28 U.S.C. § 1367 (Supplemental Jurisdiction).

**VENUE**

2.      Venue is proper in this District under 28 U.S.C. §§ 1391(a)(2) and 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this judicial district.

**SUMMARY OF MOROCCANOIL'S CLAIMS**

3.      Plaintiff Moroccanoil, Inc., a California corporation, distributes in Miami-Dade County, Florida and throughout the United States professional, "salon only" hair care products ("Moroccanoil Products").  All of the Moroccanoil Products bear one or more federally

3911/101/325835.1          Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

1

registered trademarks including the mark "MOROCCANOIL."  Moroccanoil Oil Treatment is the most popular product in the line of Moroccanoil Products.  It is packaged in 3.4 fluid ounce amber colored, druggist-style bottles with black screw-on caps.

4.      Defendants Diamond Girl Beauty, Inc. and Diamond Girl Beauty Miami, Inc. (collectively "Diamond Girl Beauty") are distributing and selling counterfeit Moroccanoil Oil Treatment products.  The counterfeit Moroccanoil Oil Treatment products distributed and sold by Diamond Girl Beauty: (a) are packaged in nearly identical 3.4 fluid ounce, amber colored, druggist-style bottles with black screw-on caps, (b) have rectangular-shaped, light blue labels that appear identical to those of Moroccanoil including imitations of the Moroccanoil trademarks, logos and information describing the contents and usage of the product, that are indistinguishable from genuine Moroccanoil Oil Treatment, and (c) contain counterfeit oil inside the bottles that has a color and fragrance similar to that of genuine Moroccanoil Oil Treatment, but which is not genuine Moroccanoil Product.

5.      Moroccanoil has purchased products from Diamond Girl Beauty that have the physical indicia, both visually and olfactory, of counterfeit.  Such physical indicia includes the affixation of batch code 308EI.  Moroccanoil has had a number of these products tested by a laboratory and the laboratory found them to be counterfeit.  Based on the physical indicia of the product sold by Defendant, these products are counterfeit.

6.      Moroccanoil does not sell its products to Diamond Girl Beauty since Diamond Girl Beauty is not an authorized Moroccanoil supplier or distributor.

## THE PLAINTIFF

7.     Moroccanoil, Inc. is a California corporation doing business from its principal place of business at 16311 Ventura Boulevard, Suite 1200, in Los Angeles, California. Moroccanoil distributes Moroccanoil Products throughout the United States.   Plaintiff Moroccanoil, Inc. and its predecessors are referred to herein as "Moroccanoil" or "Plaintiff."

## THE DEFENDANTS

8.     Plaintiff is informed and believes that defendant Diamond Girl Beauty, Inc., is a Florida corporation, with its principal place of business located at 3224 W. Broward Blvd, Ft. Lauderdale, FL 33312.

9.     Plaintiff is informed and believes that defendant Diamond Girl Beauty Miami, Inc., is a Florida corporation, with its principal place of business located at 2675 NW 207th Street, A, Miami Gardens, FL 33056.

10.     Defendants Diamond Girl Beauty, Inc. and Diamond Girl Beauty Miami, Inc. are referred to collectively herein as "Diamond Girl Beauty" or "Defendants."

11.     On information and belief, there are other entities and individuals that: (a) supply, distribute, or sell counterfeit products to the named defendants; (b) are the agent, employee, principal, or co-conspirator of the named defendant and have acted within the scope of such agency, employment, conspiracy, joint venture or partnership relations in committing the acts alleged herein and, as such, caused injury and damage to Plaintiff as described herein, and/or; (c) have a unity of interest and ownership with the named defendant such that any individuality and separateness between them and the named defendant never existed or has ceased to exist, and to

3911/101/325835.1                    Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

3

adhere to the fiction of separate and distinct existence from named defendant would permit an abuse of corporate and other entity privileges, would sanction fraud and would promote injustice.

12.     Plaintiff is ignorant of the true identities and participation of the entities and individuals described in Paragraph 11 of this Complaint and therefore sues them by the fictitious names of Does 1 through 10.  Plaintiff will seek to amend the Complaint to state the true identities of Does 1 through 10 when ascertained.

## THE MOROCCANOIL PRODUCTS

13.     Genuine Moroccanoil Oil Treatment is packaged in 3.4 fluid ounce, amber colored, druggist-style bottles with black screw-on caps.  The light blue, rectangular-shaped front labels of the Moroccanoil Oil Treatment contain the Moroccanoil logo with an orange-colored "M" and the word "MOROCCANOIL" in white, capital letters vertically up the left hand side of the label, as well as the words "Oil treatment for all hair types," "Moroccanoil Series," and "alcohol free" in English, French and Spanish.  The light blue, rectangular-shaped back labels of the Moroccanoil Oil Treatment contain the Moroccanoil logo with "MOROCCANOIL" in orange, capital letters, a description of the product and its usage in English, French and Spanish, the ingredient list, and the words "Sold Exclusively By Professional Salons."  Each genuine bottle includes a sticker that extends from the top of the bottle cap down to the front of the bottle that includes the Moroccanoil logo with an orange "M" with the word "Moroccanoil" through it in white letters, and the words "The Original" in English and French.  Moroccanoil Products bear the trademarks, trade names and trade dress described below.

14.     Moroccanoil applies the Uniform Code Council barcode numbers to its products. These barcodes are widely used by manufacturers, distributors and sellers to keep track of and identify the products they sell.  Moroccanoil was issued an EAN-13 (international) UPC

3911/101/325835.1                     Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

4

manufacturer number of 7290011 by the Uniform Code Council.  The first three numbers, 729, refer to the fact that Moroccanoil manufactures its Oil Treatment products in Israel.  UPC barcode number 7290011-521011 refers to the 3.4 ounce size of Moroccanoil Oil Treatment (collectively the "Moroccanoil UPC Number").  Moroccanoil prints the Moroccanoil UPC Number on the labels of its Oil Treatment products during their manufacture.

15.     The following images are true and correct photographs of the front and back side of a bottle of genuine Moroccanoil Oil Treatment:

 

**MOROCCANOIL'S INTELLECTUAL PROPERTY**

16.     Moroccanoil is the owner of numerous federally registered trademarks including: the word "MOROCCANOIL" (U.S. Reg. No. 3,478,807), the vertical "M Moroccanoil Design"

(U.S. Reg. No. 3,684,910), and the horizontal "M Moroccanoil Design" (U.S. Reg. No. 3,684,909).  The trademarks are registered in Class 3 on the Principal Register of the United States Patent and Trademark Office, which includes soaps and cosmetics.  These trademarks are collectively referred to as "Moroccanoil Trademarks."

17.   The following images are true and correct photographs of the Moroccanoil Trademarks:

**TRADEMARK**
**PRINCIPAL REGISTER**

# MOROCCANOIL

USPTO Registration No. 3,478,807



USPTO Registration No.
3,684,910

USPTO Registration No.
3,684,909

3911/101/325835.1           Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

6

18.     Moroccanoil's tradedress encompasses the size, shape, color, wording, graphics, packaging and overall appearance of the Moroccanoil Products as well as the placement and position of the Moroccanoil Trademarks on the labels and packaging ("Moroccanoil Trade Dress").   Moroccanoil Trade Dress is non-functional, inherently distinctive, and has become uniquely associated with Moroccanoil in the marketplace as the source of these products.

19.     Since the time of their introduction, Plaintiff has continuously used one or more of the Moroccanoil Trademarks in commerce in the United States.   All Moroccanoil Products sold in commerce bear one or more of the Moroccanoil Trademarks.   Moroccanoil owns all right, title and interest in the United States and in other countries to the Moroccanoil Trademarks and Moroccanoil Trade Dress and the goodwill associated with them (collectively "Moroccanoil Intellectual Property").

## THE COUNTERFEIT PRODUCTS

20.     The counterfeit Moroccanoil Products distributed and sold by Defendants are substandard imitations of genuine Moroccanoil Oil Treatment.   The counterfeits look very similar to genuine Moroccanoil Products as they are packaged in nearly identical, amber colored, druggist-style bottles with black screw-on caps.   The trade dress of the counterfeits is very similar to that of the genuine products, including the size, shape, color, wording, and overall appearance of the products.   The counterfeit labels bear copies of the Moroccanoil Trademarks.

21.     The counterfeit bottles, labels and trade dress are not genuine since they were not used by Moroccanoil in the manufacture of its genuine products.   The physical indicia of counterfeiting on the counterfeit products purchased from Diamond Girl Beauty show it to be the same as other identical products that were tested by a laboratory and were determined to be

3911/101/325835.1                      Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

7

counterfeit.  Thus, Plaintiff believes that the product purchased from Diamond Girl Beauty is counterfeit although it has not been tested by a testing laboratory.

22.     The labels on these counterfeit products recite numerous false statements, including:

a.     *Batch Numbers:*  The counterfeit products list batch number of "308EI" ( a batch number which Moroccanoil actually used) even though this product did not come from a genuine batch of Moroccanoil Oil Treatment.

b.     *Designations of Origin and Distribution:*  The counterfeits are marked "Made in Israel by A.P.P. Ltd." which is false because the contents of the bottles are counterfeit and could not have come from A.P.P. Ltd. in Israel.  Similarly, the counterfeits are marked "Distributed by Moroccanoil North America" which is false because the bottles were not distributed by Moroccanoil in North America.

c.     *UPC Codes:*  The counterfeits bear a UPC code number of 7290011-521011 which is false because the products are not genuine and could not have been manufactured or distributed by Moroccanoil.

3911/101/325835.1                    Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

8

23.    The following image is a true and correct photographs of one of the counterfeit products purchased from Diamond Girl Beauty:

 

**FIRST CLAIM FOR RELIEF**

**COUNTERFEITING AND TRADEMARK INFRINGEMENT**

**AGAINST ALL DEFENDANTS**

**(15 U.S.C. § 1114)**

24.    Plaintiff alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 23, as if fully set forth herein.

25.     This claim is based on Moroccanoil's Trademarks, its extensive sales and the widespread popularity of Moroccanoil Products.  Any product bearing one or more of the Moroccanoil Trademarks is immediately associated by purchasers and the public as being a genuine product of Moroccanoil.

26.     The use of one or more copies of the Moroccanoil Trademarks by Defendants on the counterfeit Moroccanoil Oil Treatment, which Defendants transported, offered for sale and sold, confuses and deceives buyers into believing that the counterfeit Moroccanoil Products are genuine Moroccanoil Products.  In fact, the counterfeit Moroccanoil Products supplied by Defendants are not genuine Moroccanoil Products but bear counterfeit and infringing copies of the Moroccanoil Trademarks.

27.     The acts of Defendants have been committed without the consent of Plaintiff. The acts of Defendants are likely to cause confusion and mistake in the minds of the purchasing public, and, in particular, falsely create the impression that the counterfeit products sold by Defendants are manufactured, distributed, warranted, authorized, sponsored, or approved by Plaintiff when, in fact, they are not.

28.     As a direct and proximate result of the counterfeiting and infringement of the Moroccanoil Trademarks, Plaintiff has suffered damages in the form of increased costs and reduced revenue in an amount unknown but not less than $2,000,000 and those damages will continue to increase every day.  Plaintiff will amend its pleadings, at or before trial, to conform to proof of the amount of its damages.

29.     As a proximate result of their wrongful conduct, Defendants have been unjustly enriched.  Plaintiff demands and is entitled to an accounting from Defendants, including all

3911/101/325835.1                         Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

10

information necessary to permit Plaintiff to determine the gains, profits and advantages that Defendants have obtained by reason of their wrongful conduct described herein.

30.     Plaintiff has no adequate remedy at law.  Monetary compensation will not afford Plaintiff adequate relief.  The acts and omissions of Defendants as alleged herein will engender the need for a multiplicity of judicial proceedings and will cause damages to Plaintiff that are difficult, if not impossible, to measure.  Unless Defendants are preliminarily and permanently enjoined from committing the unlawful acts alleged, including infringement of the Moroccanoil Trademarks, Plaintiff will continue to suffer irreparable harm.  Injunctive relief is therefore appropriate pursuant to 15 U.S.C. § 1116 to prevent Defendants from engaging in any further violations of 15 U.S.C. § 1114.

31.     Upon information and belief, the activities of Defendants complained of herein constitute willful and intentional counterfeiting and infringement of the Moroccanoil Trademarks in violation of the Lanham Act, including, but not limited to, 15 U.S.C. § 1114.  The willfulness of the counterfeiting and infringement by Defendants is evidenced by the similar bottles, labels, wording, logos, and oil of the counterfeits.  Defendants' activities are in total disregard of the rights of Plaintiff.  As a result, Plaintiff is further entitled to damages and remedies as provided by 15 U.S.C. §§ 1116 and 1117.

## SECOND CLAIM FOR RELIEF

## FALSE DESIGNATION OF ORIGIN AND FALSE REPRESENTATION

## AGAINST ALL DEFENDANTS

### (15 U.S.C. § 1125(a))

32.     Plaintiff alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 31, as if fully set forth herein.

3911/101/325835.1                    Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

11

33.     The distribution and sale of counterfeit Moroccanoil Products by Defendants which are indistinguishable from authentic Moroccanoil Products constitutes a false designation of origin, false description and false representation that the products sold by Defendants originate from, or are sponsored or authorized by Plaintiff pursuant to § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

34.     As a direct and proximate result of violations of 15 U.S.C. § 1125(a), Plaintiff has suffered damages in the form of increased costs and reduced revenue in an amount unknown but not less than $2,000,000 and those damages will continue to increase every day.  Plaintiff will amend its pleadings, at or before trial, to conform to proof to state the amount of their damages.

35.     As a proximate result of their wrongful conduct, Defendants have  been unjustly enriched.  Plaintiff demands, and is entitled to, an accounting from Defendants, including all information necessary to permit Plaintiff to determine the gains, profits and advantages that Defendants have obtained by reason of their wrongful conduct described herein.

36.     Plaintiff has no adequate remedy at law.  Monetary compensation will not afford Plaintiff adequate relief.  The acts and omissions of Defendants as alleged herein will engender the need for a multiplicity of judicial proceedings and will cause damages to Plaintiff that are difficult, if not impossible, to measure.  Unless Defendants are preliminarily and permanently enjoined from committing the unlawful acts alleged, including the counterfeiting of the Moroccanoil Trademarks, Plaintiff will continue to suffer irreparable harm.  Injunctive relief is therefore appropriate pursuant to 15 U.S.C. § 1116 to prevent Defendants from engaging in any further violations of 15 U.S.C. § 1125(a).

3911/101/325835.1                        Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

12

37.     Upon information and belief, the activities of the Defendants complained of herein constitute willful and intentional infringement of Moroccanoil Trademarks in violation of the Lanham Act, including, but not limited to, 15 U.S.C. § 1125(a).  The willfulness of the infringement by Defendants is evidenced by the similar bottles, labels, wording, logos, and contents of the counterfeit products.  The activities of Defendants activities are in total disregard of the rights of Plaintiff.  As a result, Plaintiff is further entitled to damages as provided by 15 U.S.C. §§ 1116 and 1117.

**THIRD CLAIM FOR RELIEF**

**COMMON LAW UNFAIR COMPETITION AND**

**CONSPIRACY TO UNFAIRLY COMPETE**

**AGAINST ALL DEFENDANTS**

38.     Plaintiff alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 37, as if fully set forth herein.

39.     Defendants use unfair trade practices to market, advertise, transport, deliver, distribute and sell Counterfeit Products in competition with Plaintiff, all of which are likely to confuse the public as to the source or origin of Defendants' goods.

40.     The conduct of the Defendants involves counterfeiting of the Moroccanoil Trademarks and infringement of the Moroccanoil Trademarks.

41.     Defendants' unfair trade practices result from and constitute an agreement to conduct unlawful acts.  Defendants' unlawful acts are an overt furtherance of their conspiracy, which results in damages to Plaintiff.

42.     As a direct and proximate result of the Defendants' unfair competition and conspiracy to unfairly compete, Plaintiff has suffered damages to its business, goodwill, and property in an amount unknown but not less than $2,000,000 and those damages will continue to increase every day.  Plaintiff believes and alleges it will continue to suffer such damages and that those damages will increase every day.  Plaintiff will amend its pleadings, at or before trial, to conform to proof to state the amount of their damages.

43.     As a proximate result of the Defendants' wrongful conduct, the Defendants have been unjustly enriched in an amount according to proof at trial.  Plaintiff demands and is entitled to an accounting from each of the Defendants, including all information necessary to permit Plaintiff to determine the gains, profits and advantages that the Defendants have obtained by reason of their wrongful conduct described herein.

44.     Plaintiff has no adequate remedy at law.  Monetary compensation will not afford Plaintiff adequate relief.  The Defendants' acts and omissions as alleged herein will engender the need for a multiplicity of judicial proceedings and will cause damages to Plaintiff that are difficult, if not impossible, to measure.  Unless the Defendants are preliminarily and permanently enjoined from committing the unlawful acts alleged Plaintiff will continue to suffer irreparable harm.  Injunctive relief is therefore appropriate to prevent Defendants from engaging in any further unlawful acts of unfair competition.

45.     The conduct of the Defendants is fraudulent, malicious and oppressive.  The Defendants have engaged in the illegal development, manufacture, transportation, delivery, distribution and sale of counterfeits of Moroccanoil Products.  The conduct of the Defendants is despicable.  Their conduct subjects Plaintiff to cruel and unjust hardship by which its rights are brazenly attacked and stolen.  The conduct of the Defendants is done willfully and Defendants

3911/101/325835.1                    Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

14

engage in their misconduct in conscious disregard of the rights of Plaintiff.  Punitive damages should be awarded to punish the Defendants and deter similar conduct in the future.

## PRAYER

WHEREFORE, Plaintiff prays for an award as follows:

46.     Preliminary and permanent injunctive relief against all Defendants, and each of them, and their officers, agents, attorneys, representatives and assigns, and all persons acting in active concert or participation with them, from doing any of the following acts, either directly or indirectly, and from doing any act prefatory to the prohibited acts:

a.      Developing, manufacturing, acquiring, transporting, distributing, developing, offering to sell or selling any counterfeits of Moroccanoil Oil Treatment product bearing counterfeit Moroccanoil trademarks;

b.      Using any of Moroccanoil's Trademarks, or any other Moroccanoil trademarks in connection with their business;

c.      Causing likelihood of confusion, deception, or mistake as to the source, nature, or quality of the Moroccanoil Products;

d.      Using any false designation of origin or false representation concerning any Moroccanoil Product;

e.      Misrepresenting to anyone that they are authorized Moroccanoil manufacturers or distributors;

3911/101/325835.1                          Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

15

f.   Soliciting, assisting, aiding or abetting any other person or  business entity engaging in or performing any of the activities referred to in the above subparagraphs "a" through     "e."

47.   For an order directing Defendants, and each of them, to file with this Court and serve on Plaintiff within 30 days after service of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with the injunction;

48.   For an order requiring Defendants, and each of them, to deliver to Plaintiff:

a.   All products, literature, and other material bearing any counterfeits of the Moroccanoil Trademarks or any other infringement of Plaintiff's intellectual property or which falsely identifies the source of any products;

b.   Printing devices, labels, packing, bottles, or any other items used   in   the manufacture, distribution or sale of products bearing any counterfeits of the Moroccanoil Trademarks; and

c.   The names of all known supplier(s) of Moroccanoil Products, and all facts and circumstances known to them about counterfeit Moroccanoil Products, and shall produce all documents and records in its possession, custody, or control concerning all of their dealings in Moroccanoil Products, or counterfeit Moroccanoil Products, including but not limited to all purchase orders, invoices, bills of lading, and communications with suppliers.

3911/101/325835.1                    Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

16

49.     For a seizure of all counterfeit, diverted, repackaged, defaced,  and damaged Moroccanoil goods and marks;

50.     For expedited discovery on the subject of the suppliers to and purchasers from Defendants of counterfeit Moroccanoil Oil Treatment products in order that Plaintiff can quickly locate the source and locations of these illegal products;

51.     For an award of money damages in the amount of at least $2,000,000 pursuant to the remedies as provided by damages and remedies as provided by 15 U.S.C. §§ 1116, 1117 and 1125(a); and all other statutory and common law bases;

52.     For punitive and exemplary damages as appropriate;

53.     For attorney's fees provided by 15 U.S.C. §§ 1114, 1117;

54.     For costs; and

55.     For such other and further relief as the Court deems just and proper.

3911/101/325835.1                       Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

17

**DEMAND FOR JURY TRIAL**

Plaintiff Moroccanoil, Inc. demands trial by jury of all triable issues.

**DATED** this 14th day of June, 2011.

| | |
|---|---|
| **Conkle, Kremer & Engel, PLC** | **Kozyak Tropin & Throckmorton, P.A.** |
| Co-Counsel for Moroccanoil, Inc. | Counsel for Plaintiff, Moroccanoil, Inc. |
| 3130 Wilshire Blvd. | 2525 Ponce de Leon, |
| Suite 500 | 9th Floor |
| Santa Monica, CA 90403 | Coral Gables, Florida 33134 |
| Tel: (310) 998-9100 | Tel: (305) 372-1800 |
| Fax: (310) 998-9109 | Fax: (305) 372-3508 |

By:   _/s/_ Daniel Cervantes_____
        Kenneth R. Hartmann
        Florida Bar No. 664286
        Daniel Cervantes
        Florida Bar No. 40836

3911/101/325835.1                Kozyak Tropin & Throckmorton, P.A.
              2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 Phone 305.372.1800 Fax 305.372.3508

18